935 A.2d 1271

**COMMONWEALTH of Pennsylvania,**

v.

**Imanuel Bassil ALI, a/k/a Emanuel Lester,**

**Appeal of Community Federal Defender Office for the Eastern District of PA.**

**No. 29 EAP 2007.**

Supreme Court of Pennsylvania.

Oct. 31, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of October, 2007, the Motion to Quash is granted.